ADAM PAUL LAXALT
  Attorney General
JOSHUA M. HALEN, Bar No. 13885
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1209
E-mail: jhalen@ag.nv.gov

*Attorneys for Defendant*
*Isidro Baca*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY SUMMERS,<br><br>            Plaintiff,<br><br>vs.<br><br>ISIDRO BACA,<br><br>            Defendants. | Case No. 3:16-cv-00445-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

      Plaintiff Tracy Summers, appearing pro se, and Defendant Isidro Baca, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Joshua M. Halen, Deputy Attorney General, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///
///

1

| | |
|---|---|
| 1 | This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement |
| 2 | between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each |
| 3 | party hereto shall bear its own attorneys' fees and costs. |

DATED this ____ day of August, 2018.          DATED this 30th day of August, 2018.

                                                                 ADAM PAUL LAXALT
                                                                 Attorney General

By: _____          By: _____
    TRACY SUMMERS                                    JOSHUA M. HALEN
    *Plaintiff, Pro Se*                                       Deputy Attorney General
                                                                      Bureau of Litigation
                                                                    Public Safety Division

                                                                    *Attorneys for Defendant*

|     |     |
| --- | --- |
| 1   | This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs. |

DATED this _____ day of August, 2018.

By: /s/ Tracy Summers
TRACY SUMMERS
*Plaintiff, Pro Se*

DATED this _____ day of August, 2018.

ADAM PAUL LAXALT
Attorney General

By: /s/ 8/28/18
JOSHUA M. HALEN
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendant*

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

DATED September 4, 2018

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 4th day of September, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Tracy Summers
1661 E 6th Street
Apt 250
Reno, NV 89512

*/s/ Laurie Penny*
An employee of the Office
of the Attorney General